UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHAEL TILLMAN, | CASE NO. C24-527 MJP |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Court issues this Order sua sponte. After reviewing Plaintiff's Complaint and the Complaint filed in Lenor Tillman v. United States, C23-1070 MJP, the Court believes that the two actions appear related and likely present common questions of law and fact. The Court ORDERS Plaintiff to SHOW CAUSE why these actions should not be consolidated pursuant to Fed. R. Civ. P. 42. Consistent with Local Rule 42(b), the Court ORDERS Plaintiff to confer with Defendant and the plaintiff in Lenor Tillman v. United States, C23-1070 MJP, to determine whether the parties can reach agreement as to consolidation. Within 14 days of entry of this Order, Plaintiff must complete the meet and confer outlined in this Order and then file a response

ORDER TO SHOW CAUSE - 1

of no more than 6 pages or 2,100 words. Within 14 days of entry of this Order, Plaintiff must file a response of no more than 6 pages or 2,100 words. Defendant may then file a response of no more than 6 pages or 2,100 words 7 days later. Plaintiff may then file a reply of no more than 3 pages or 1,050 words 4 days after Defendant files its response.

    The clerk is ordered to provide copies of this order to all counsel.

    Dated May 29, 2024.

                                      Marsha J. Pechman
                                      United States Senior District Judge